UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WINSTON J. DOUSSAN, JR.                     CIVIL ACTION

VERSUS                                      NUMBER: 07-7222

T.W. THOMPSON, WARDEN                       SECTION: "I"(5)

**O R D E R**

The Court, having considered the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the objection by petitioner, Winston J. Doussan, Jr,., which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that the application for federal habeas corpus relief of petitioner, Winston J. Doussan, Jr., is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 9th day of April, 2009.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE